IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES L. FREDERICK | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv29 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Charles L. Frederick, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the petition be dismissed as barred by the statute of limitations.

Petitioner did not file objections to the Report and Recommendation. However, he did file a motion asking that his petition be voluntarily dismissed. The Court is of the opinion it would be in the interests of justice to grant the motion and dismiss this matter pursuant to Federal Rule of Civil Procedure 41(a)(2).

### ORDER

Accordingly, petitioner's motion for voluntary dismissal [Dkt. 19] is GRANTED. The Report of the Magistrate Judge [Dkt. 13] is PARTIALLY ADOPTED to the extent it recommends dismissal of this petition. An appropriate final judgment shall be entered.

**SIGNED this 29th day of June, 2022.**

Michael J. Truncale
United States District Judge